**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
5:98-cr-164**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MARQUIS CORNELIUS TAYLOR )<br>)<br>Defendant. )<br>_____ ) | **ORDER** |

**THIS MATTER** is before the Court on Defendant Marquis Cornelius Taylor's Motion to Terminate Supervised Release and Supporting Memorandum (Doc. 390) filed February 7, 2011. On December 29, 2008, Defendant began a five-year term of supervised release after having served a ten year sentence. The Probation Office recommends that this Court deny termination of supervised release. Pursuant to the discretion given to this Court by 18 U.S.C. § 3853(e), this Court determines that early termination of supervised release is not in the interest of justice.

**IT IS THEREFORE ORDERED** that Defendant's motion (Doc. 390) is hereby DENIED.

Signed: March 21, 2011

Richard L. Voorhees
United States District Judge